### In re GRADE CROSSING COM'RS OF CITY OF BUFFALO.

### In re GEORGE URBAN MILLING CO. et al.   (No. 101.)

(Supreme Court, Appellate Division, Fourth Department.   January 6, 1915.)

Appeal from Special Term,, Erie County.

Application of the Grade Crossing Commissioners of the City of Buffalo ror appointment of commissioners to ascertain compensation to be paid to the owners of,' etc., lands claimed to be injured by change of grade, etc., and claimed to be owned by the George Urban Milling Company and others.   Order confirming commissioners' report, in so far as appealed from, reversed, and report to that extent set aside, and new hearing ordered before new commissioners, with costs to appellant to abide final award of costs, for the reasons stated in Re Grade Crossing Com'rs of City of Buffalo, 151 N. Y. Supp. 146.

See, also, 149 N. Y. Supp. 1085.

Argued before KRUSE, P. J., and ROBSON, FOOTE, LAMBERT, and MERRELL, JJ.

PER CURIAM.   For the reasons stated in the per curiam memorandum in proceeding No. 97 (decided herewith) 151 N. Y. Supp. 146, the order confirming the commissioners' report is, so far as appealed from, reversed, and the report of the commissioners to that extent set aside, and a new hearing ordered before new commissioners, with costs to the appellant to abide the final award of costs.